Cheryl VanNurden
Vs
Social Security

11/20/2007

CA 07 445S

Class Action Lawsuit against the Social Security Administration

For four years, (2002-2006) I was led to believe that I was eligible to receive SSDI benefits. With the assistance of a lawyer I received a favorable decision in 2006. Then the malicious & intentional filing of a new Social Security application was done without my knowledge or consent that I believe was an attempt to cover up all the mistakes made within the Social Security offices. They had a blatant disregard for procedure and their intent to deceive is a violation of my Civil Rights, which continued with conversations on the telephone, without the proper paperwork from June 2006 to May 2007.

I was denied the opportunity to earn the two credits needed for benefits. I was told over and over by different people in the Social Security Administration that I was right and they were wrong, but there was nothing I could do about. The mistakes can be seen in the paperwork I have received over the course of four years. This is unjust and unacceptable. I refuse to swallow their incompetence, which is why this lawsuit is being brought forth, with a demand for a jury.

Actual damages based on $538.00 a month, according to 2002 and 2003 wage statements and child allowable figured in, according to SS papers. $196,308.00
(Denied the opportunity to earn the two credits by multiple acts of incompetence.)

Punative damages $25,000,000.00 (For deceit, malicious intent, also to include future medical expenses, yearly increases in monthly allotments, dramatic reduction of retirement benefits.)

Total demand in the amount of $25,196,308.00

Cheryl VanNurden
60 Benefit St
Pawt. RI 02861
Cheryl VanNurden