UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHERYL VAN NURDEN, Plaintiff, :
v. :
: CA 07-445 S
SOCIAL SECURITY ADMINISTRATION, Defendant. :

**ORDER**
**DENYING WITHOUT PREJUDICE**
**APPLICATION TO PROCEED IN FORMA PAUPERIS**

Before the Court is an Application to Proceed without Prepayment of Fees and Affidavit ("Application") filed by Plaintiff Cheryl Van Nurden ("Plaintiff"). As best the Court can determine, Plaintiff appears to allege that she was wrongfully denied "SSDI benefits" and that she wishes to recover monthly benefits dating back to 2002. However, Plaintiff also states that she "received a favorable decision in 2006." If Plaintiff received a favorable decision in 2006, it is unclear why she is filing a Complaint seeking benefits back to 2002.

Plaintiff refers to "the malicious & intentional filing of a new Social Security application ... without [her] knowledge or consent ...," but she does not state when the new application was filed (i.e., the approximate month and year), who filed it (if Plaintiff knows), and where it was filed (i.e., which Social Security Office).

Plaintiff states that she "was denied the opportunity to earn the two credits needed for benefits," but she does not explain the type of "credits" to which she is referring, who denied her the opportunity (i.e., the person(s) or Social Security Office), how she was denied it, and when this occurred.

In short, the Complaint is so unclear that the Court is unable to understand it. Accordingly, the Application is denied

without prejudice. Within fourteen (14) days of the date of this Order, Plaintiff shall file an Amended Complaint which complies with Fed. R. Civ. P. 8(a).[1] Plaintiff should state her claim more clearly and address the matters which the Court has identified above.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
December 10, 2007

[1] Federal Rule of Civil Procedure 8(a) provides:

(a) Claim for Relief. A pleading that states a claim for relief must contain:

(1) a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;

(2) **a short and plain statement of the claim showing that the pleader is entitled to relief**; and

(3) a demand for the relief sought, which may include relief in the alternative or different types of relief.

Fed. R. Civ. P. 8(a) (bold added).