UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Cheryl Van Nurden
Plaintiff

v. C.A. No. 07-445S

Social Security Administration
Defendant

**SHOW CAUSE ORDER**

On or before March 3, 2008, the plaintiff is hereby ordered to show cause, in writing, why this case should not be dismissed for lack of prosecution; namely, failure to make service within 120 days after filing the complaint as required by Fed. R. Civ. P. 4(m). Failure to comply will result in dismissal.

By Order,

Karen Baldwell

Deputy Clerk

ENTER:

WESm

William E. Smith
United States District Judge

Date: 2/13/08