2-28-08

CA 07 445s
Cheryl VanNurden
vs
Social Security



Amended Complaint as Follows:

1. The initial application was June 13, 2002 at Pawtucket Social Security, taken by Mrs. Tucker.

2. June 19, 2002 letter from Providence for additional information; Disability Determination Services Catherine Hood-Examiner.

3. July 31, 2002 Denied, my medical condition wasn't considered severe enough, the application for SSI was also a claim for Social Security Benefits, (SSDI) Providence.

4. I appealed the decision.

5. November 4, 2002 I received a letter from Providence Disability Determination Services that they were handling my disability claim. Laurie R. DiOrio-Examiner

6. March 5 and March 26, 2003 appointments scheduled for additional medical evidence, Laurie R. DiOrio-Examiner

7. May 28, 2003 Appointed Donna M. Nesselbush, Esq. to represent me.

8. July 23, 2004 Notice of Hearing letter from Office of Hearings and Appeals Providence scheduled for October, 28, 2004 -

9. November 18, 2004 After Review of my claim additional medical evidence about psychiatric condition needed, Disability Determination Services Providence, Robert Goff-Examiner.

10. February 11, 2005 Unfavorable Decision, not disabled within the meaning of the Social Security Act, Providence Hugh S. Atkins-Administrative Law Judge.

11. April 5, 2005 Application filed on the request of lawyer for SSI Joseph Wilson, Esq.

12. April 12, 2005 Denied SSI Pawtucket

Cheryl VanNurden
60 Benefit Street
Pawtucket, R.I. 02861

Cheryl VanNurden

cont.

13. October 13, 2005 Office of Hearings and Appeals Falls Church, Virginia remanding case to Administrative Law Judge. Adelaide Edelson-Administrative Appeals Judge/David O. Phillips-Administrative Appeals Judge.

14. December 5, 2005 Notice of Supplement Hearing Providence-Hearing date January 30, 2006. Providence Hugh S. Atkins-Administrative Law Judge

15. February 13, 2006 Decision Fully Favorable Hugh Atkins Administrative Law Judge

16. February 15, 2006 Field Office call/come in Request Pawtucket scheduled appointment regarding claim for disability Mrs. Squillante

17. February 23, 2006 application for disability without consent or knowledge-no explanation why I would need a new application with a Favorable Decision. Also stated this should have been over a long time ago. Mrs. Squillante Pawtucket

18. March 4, 2006 Office of Central Operations Baltimore Maryland Notice of Disapproved claim

(in brief) Why We Cannot Pay You
You do not qualify for disability benefits because you have not worked long enough under Social Security.

We figure work under Social Security in credits. Please read enclosed Pamphlet, "How you earn Social Security Credits," which explains how the credits are earned and how many a person must have to receive benefits.

Since you do not have enough work credits to qualify for benefits, we did not make a decision about whether you are disabled under our rules. (I should have received this notice in 2002)

19. March 6, 2006 Notice of Award-eligible for SSI benefits Pawtucket office

20. March 7, 2006 Notice of Change in Payment-not eligible for SSI benefits, Linda S. McMahon Deputy Commissioner for Operations/Pawtucket

Cheryl VanNurden
60 Benefit Street
Pawt. R.I. 02861

Cheryl VanNurden

Cheryl VanNurden
vs
Social Security

cont.

21. May 5, 2006 Notice of Reconsideration filed on April 27, 2006 Pawtucket.

22. May 12, 2006 Notice of Disapproved claim Baltimore Maryland.

23. June 30, 2006 - April 10, 2007 conversations on phone with multiple parties shows communication still taking place between myself and Social Security. I was not provided any paperwork showing my case was ongoing during this time. It was suppose to be a reconsideration of my 2002 claim. In a conversation with Mr. Ceprano I distinctly told him I did not want to file a new application. On November 16, 2006 another letter from Pawtucket Social Security of a disapproved claim-for a new application they claim I filed over the phone on November 9, 2006 for a pre-existing condition from an accident in 1984. The following is a list of people I spoke with on the phone: Jackie DaCosta Kennedy's Pawt. Office/SS
Fran Raymond Chafee's Prov. office/SS
Patrick Lefoley Social Security Pawtucket
Mr. Ceprano Social Security Pawtucket
Steve Richardson Social Security Boston
Operator #95 office of Inspector General

24. April 15, 2007 Notice of Disapproved Claim Baltimore Maryland claiming my 16 year old filed an application for Social Security Benefits. My daughter doesn't know what SS is and did not file.

25. May 7, 2007 called Maryland about notice. I was told the applicaton was done on the phone April 11, 2007.

26. I would also like to amend Actual Damages, changes as follows:

Based on $538.00 a month from January, 2004 to July 2025(age 62) $132,886.00

Child allowable for Tamara January,2004 to December, 2006 $10,476.00

total for amended actual damages is $143,362.00 Making Total Demand: $25,143,362.00

Cheryl VanNurden
60 Benefit St.
Pawt. R.I. 02861

enclosure: 2002 work statement

Cheryl VanNurden