2-28-08

CA 07 445s

Cheryl VanNurden

vs

Social Security

Request for Reconsideration of Waiver

to proceed without prepayment

I am asking for a review of my application to proceed without prepayment. The order to deny without prejudice was filed on December 10, 2007 with 14 days of said date to file an amended complaint, however, I was not in possession of this order until January 18, 2008. Therefore making it impossible for me to comply within the allotted time. I am also asking if my waiver is not possible that I may have additional time to raise the appropriate funds to move my case forward with a demand for jury. Upon receipt of this document I ask that my case not be dismissed for lack of prosecution.

enclosure:copy of envelope

Cheryl VanNurden
60 Benefit Street
Pawtucket R.I. 02861

Cheryl VanNurden

Page 2 of 2

Cheryl Van Nurden
60 Benefit St.
Pawtucket, RI 02861

012H16206190
$00.4 10
01/17/2008
Mailed From 02903
US POSTAGE

Hasler

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
PROVIDENCE, RHODE ISLAND 02903-1779

OFFICIAL BUSINESS

02861+1023-60 C043