CA 07 445s
Cheryl VanNurden
vs.
Social Security

March 13. 2008

Second Amended Complaint

My case should not have gone any further than the application filed in June of 2002, but for the multiple errors made on the part of the Social Security Administration. My chances for collecting Disability Insurance Benefits at any time now or in the future are impossible. With that said, there is not one application, one signature, (or lack thereof), that is in question. My lawsuit involves any and all communication, written and oral in its entirety from 2002 to 2007, between Myself, Social Security Administration, and the names contained in the first amended complaint. Their incompetance, malicious intent to deceive me, with improper procedures from the first application in 2002 to the informal decision by a Judge in 2007, (according to Patrick LeFoley as stated to me by Mr. Ceprano) not to reconsider opening my claim, is unacceptable and Social Security Administration needs to be held accountable for the harm to me that is mentioned above, the opportunity and inability to earn the work credits needed for Disability Insurance Benefits, no medicare assistance available to me, a severe reduction in retirement benefits. I am disabled, but not entitled to anything because of their incompetance, again I respectfully await your answer to this second complaint, with a demand for a jury still in place, also, my actual damages(2004 to age 62 w/child) and my punative damages remain as stated in the first amended complaint.

Respectfully,

Cheryl VanNurden

Cheryl VanNurden

Enclosed: Documents that are explained in brief in the first amended complaint. these should give you a better understanding of my case against Social Security.