CA 07 445s

March 17, 2008

Cheryl VanNurden
vs.
Social Security

United States Magistrate Judge

David L. Martin

My second Amended Complaint was presented to the court on March 13th 2008 in compliance with the order on March 4, 2008. I am asking for a reconsideration to grant my application to proceed Forma Pauperis, first request Received by the court December 10, 2007.

Respectfully,

Cheryl VanNurden

Cheryl VanNurden