Cheryl VanNurden

v.

Social Security

May 15, 2008

CA 07-445 s

In response to your report on May 2,2008 about my not following proper court procedure is ironic being this is what my claim basically is about, however my mental capability to process your information is not easily forthcoming as is with putting my thoughts to paper. Much gets lost in the transfer, limiting my ability to meet your requests in filing my complaints. Trying to remain focused on the matters at hand are at most times difficult for me, as my mind wanders constantly. With that said, you request from me procedure, but as my case continued for so many years there was no procedure at least not proper procedure under the laws of Social Security that I have been made aware of. I was denied DUE PROCESS under the Constitution this violates my rights under the law of all laws set forth by our founding fathers. This being my objection to your ruling. You also included in your reply Congress has to consent to the suing of a soverign entity, well here is the response I received to that effect. How can you get consent when your denied once again access to a person who is suppose to represent his constituants

The 60 day rule following any decision be it commissioner or alj or whomever, when you do not receive it in writing it does not apply, however, I was instructed by the fed info line when your not satisfied with a SS decision you should contact you district SS office, I have enclosed the following documents note the dates. All I am asking for is a fair trial by jury to which I am supposed to be entitled.

Respectfully,

Cheryl VanNurden
60 Benefit Street
Pawtucket, RI
02861