3-1-07

To Whom it May Concern:

I am writing to file a complaint against Social Security of Pawtucket, R.I. for the gross mishandling of my claim filed in June of 2002. I was found to be disabled by a Judge in 2006 February. There is no dispute with regards to my disability. My complaint is the way it was handled. My yearly statements of 2002+2003 showed eligibility of benefits and the four years it took to decide my case an SSDI claim. It wasn't until my favorable decision in 2006 that they informed me of being short 2 credits to qualify for benefits. They also filed an application without my knowledge or consent in February of 2006 just to get Maryland to notify me of my lack of 2 credits. Had they handled my claim accurately, I could have earned the two credits ($1600.00) needed to get benefits. I can in no way earn the many credits needed now for benefits, which was suggested by SS of Pawt. My condition worsens, I have nerve damage from the top of my Cervical spine to my coccyx causing severe pain in my back + extremities, tremors, etc. I am a victim of negligence, caused by the failure of Pawt. SS to give me due process under the law, this has been ongoing now since 6-02 to present. Your timely response to this matter would be greatly appreciated considering this has been an unnecessary lengthy process to date.

I tried to keep this as short as possible

as I am in possession of all paperwork since the beginning of my claim, if it should become necessary for you to view.

Thank you!

Cheryl VanNurden
60 Benefit Street
Pawtucket, R.I. 02861
(401) 726-2949
SS# 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

mailed copy to JFK bldg. 3-12-07