4-17-07

Dear Inspector General,

Enclosed is a copy of the letter sent to District SS in Boston, and a copy of my 2002 statement. My complaint now includes Pawt. + Boston. You are my next step in this process, a process I have followed unlike the due process I was told I'm not entitled to. They destroyed my chances of obtaining the 2 credits needed to be eligible for benefits and all I get is an apology, and the acknowledgment that I am absolutely right. This negligence goes beyond one person, my claim was viewed by many and noone took the time to thoroughly examine my case. A government agency so important as Social Security should be better managed so this doesn't happen to anyone else, if it hasn't already. I was told they can't change the way SS makes their decisions and that I didn't have enough quarters in the right time period, due in part to their negligence. I'm not asking for change, only what's fair. Procedure ten years prior to date of disability 20 credits (2002 → 1992 18 credits plus the four years they took from me 1991 → 1988 2 credits +.). It is very unnerving to know how badly such an important government agency conducts its business, with so much at stake for so many.

Thank you for your time,

Cheryl VanDenden

SOCIAL SECURITY
Office of the Inspector General
Allegation Management Division

April 26, 2007

Ms Cheryl Van Nurden
60 Benefit St
Pawtucket RI 02861

Dear Ms. Van Nurden:

The Social Security Administration (SSA), Office of the Inspector General (OIG), Allegation Management Division (AMD) has received your recent allegation. We will review all information carefully and determine the most appropriate course of action. We will do our best to safeguard your identity and will only release the information that you provided to those officials who have a need to know.

Please be assured that the SSA/OIG/AMD will take appropriate action on the allegation; however, our office will not be able to provide you with any information as to the action taken. Privacy and law enforcement concerns prohibit OIG and the AMD, in general, from disclosing information from its systems of records to third parties, including the individual who made the original allegation. Often, this is a source of some frustration to those who contact us, but it is unavoidable in light of the Privacy Act (5 U.S.C. §552a) and the regulations promulgated thereunder. If we were to provide information pertaining to the subject of the allegation, he or she might then have grounds to seek possible criminal and civil sanctions against OIG and its employees. For this and other reasons, it is the strict policy of the OIG that once we receive an allegation of fraud or other misconduct, no information concerning the allegation may be released to any third party. Individuals named in allegations received by the Hotline are entitled to the same privacy rights that you or any other citizen might expect from us if someone were to allege that you had committed fraud.

If you have more information concerning this or any other allegation involving Social Security programs or operations, please contact the Allegation Management Division by telephone, FAX, mail, or the Internet as follows:

Telephone: 1-800-269-0271 FAX: 410 597-0118

Mailing Address: Allegation Management Division
P.O. Box 17768
Baltimore MD 21235

Fraud reporting form:
www.ssa.gov/oig/public_fraud_reporting/index.htm

If you have questions regarding your Social Security records, a pending application for benefits, or you are seeking information about Social Security programs, please contact the Social Security Administration's national toll free number at 1-800-772-1213. Information about Social Security programs is also available at: www.socialsecurity.gov

Thank you for bringing this matter to our attention.

Director,
Allegation Management Division