PATRICK J. KENNEDY
1ST DISTRICT, RHODE ISLAND

WASHINGTON OFFICE
407 CANNON HOUSE OFFICE BUILDING
(202) 225-4911
FAX: (202) 225-3290
Email: patrick.kennedy@mail.house.gov

DISTRICT OFFICE
249 ROOSEVELT AVENUE, SUITE 200
PAWTUCKET, RI 02860
(401) 729-5600
(800) 392-5772
FAX (401) 729-5608

www.patrickkennedy.house.gov

# Congress of the United States
## House of Representatives
## Washington, DC 20515

COMMITTEE ON APPROPRIATIONS

SUBCOMMITTEE ON LABOR, HEALTH AND HUMAN SERVICES AND EDUCATION

SUBCOMMITTEE ON SCIENCE, STATE, JUSTICE AND COMMERCE

FOUNDER AND VICE-CHAIRMAN NATIVE AMERICAN CAUCUS

FOUNDER AND CO-CHAIRMAN PORTUGUESE-AMERICAN CAUCUS

FOUNDER AND CO-CHAIRMAN 21ST CENTURY HEALTH CARE CAUCUS

LAW ENFORCEMENT CAUCUS

May 5, 2008

Ms. Cheryl A. Vannurden
60 Benefit Street
Pawtucket, Rhode Island 02861

Dear Ms. Vannurden:

Thank you for contacting my office with concerns related to the Pawtucket Social Security Administration regarding disability benefits.

I am writing to update you on the current action my office has taken in order to reach a solution to your request. I have spoken to the manager with the Pawtucket SSA, who informed me that you are not eligible for disability because you have not worked enough quarters. However, SSA has suggested that you contact their office at 401-724-9611 for further assistance.

If you have any questions or concerns after your review of this letter, please feel free to contact me, Draper E. Bodden, Jr., in my Pawtucket Office at 401-729-5600. Thank you for this opportunity to be of assistance.

With kindest personal regards.

Sincerely,

Draper E. Bodden, Jr

Draper E. Bodden, Jr
Constituent Caseworker

PJK:DB

## Absentee Voting

Every state allows for voters to cast their ballots from outside of the state. This is known as absentee voting, and in close elections it can sometimes make the difference between victory and defeat. In 1994, California Congresswoman Jane Harman trailed her opponent by several hundred votes on Election Day, but pulled ahead after the absentee ballots were tallied.

Military personnel, college students, and business travelers most commonly use absentee ballots. The ballots can be obtained at the local board of elections. Most states require that absentee ballots be postmarked no later than Election Day. During the disputed Florida election of 2000, absentee voting by overseas military personnel played a decisive role in providing candidate George W. Bush his razor-thin margin of victory over Vice President Gore.

# Contacting Elected Officials

One of the most effective ways of voicing an opinion and making a difference is also one of the most overlooked: contacting your elected officials. Part of the role of elected officials at the national, state, and local levels is to listen to their constituents.

Members of Congress can be contacted one of several ways. Every House member has a district office where he or she has a full-time staff. Representatives from large geographic districts sometimes have multiple offices in distant corners of the district. Most members of Congress spend one or two days a week in the district, and often hold regularly scheduled "office hours" during which they meet with constituents. Speaking to your representative can be as easy as scheduling an office-hours visit! There is no better way to make your opinion known than speaking directly to your representative in Congress.

When Congress is in session, representatives and senators can be contacted at their Capitol Hill offices. Face-to-face appointments are sometimes more difficult to arrange in Washington because members keep a busy schedule, but staff is readily available to meet and discuss issues.

Other presidents, like Richard Nixon, Jimmy Carter, and George H. W. Bush, either squandered their goodwill or lost the confidence of the people, and as a result were unable to accomplish much on the legislative front without bending to the will of Congress. It's no coincidence that Carter and George H. W. Bush were only one-term presidents.

**FACT**

**During his first term, President Reagan was able to push sweeping tax reform through a Democratically controlled Congress by winning over a group of southern Democrats nicknamed the "Boll Weevils." Reagan wisely barnstormed through swing states where he received a majority of the vote and appealed directly to voters to pressure their representatives to support his tax plan.**

## The Courts

The Founding Fathers also vested Congress with broad authority to establish the federal court system. The Senate, in particular, was given the power to confirm judicial appointments. With that being the case, the Congress has been instrumental in shaping both the infrastructure of the court system and its ideological makeup.

The Congress also can influence the courts in more subtle ways. In the case of lawsuits brought against federal agencies, the courts will often interpret the "legislative intent" of the members in order to better understand the meaning of the federal statute at issue. Knowing this, legislators in both chambers have increasingly begun to leave vast paper trails explaining the meaning and intent of legislation passed by the Congress. In most cases, this legislative intent is mostly partisan spinning, and it tends to bear little resemblance to the actual intention of the statute. Nonetheless, courts are obliged to consider Congress's meaning when the plain language of the statute is unclear or ambiguous.

## The Bureaucracy

One of the most important activities of Congress is overseeing the federal bureaucracy. It's up to Congress to ensure that the laws it passed are