UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Cheryl Vannurden
Plaintiff

v. C.A. No. 07-445S

Social Security Administration
Defendant

**ORDER**

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on May 2, 2008, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's objection to the Magistrate Judge's Report and Recommendation is DENIED and Plaintiff's Second Request for Reconsideration and Application is DENIED. This action is DISMISSED pursuant to 28 U.S.C. § 1915 (e) (2) (B).

By Order,

Gerard Varias
Deputy Clerk

ENTER:

WESmith
William E. Smith
United States District Judge
5/21/08