UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**JUDGMENT IN A CIVIL CASE**

Cheryl Vannurden
Plaintiff

V.

Case Number: C.A. NO. 07-445S

Social Security Administration
Defendant

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Defendant, Social Security Administration against the Plaintiff, Cheryl Vannurden pursuant to the Court's Order denying Plaintiff's Second Request for Reconsideration and dismissing this action pursuant to 28 U.S.C. § 1915 (e) (2) (B).**

**BY ORDER:**

**May 27, 2008**
**Date**

Lorena Vorias
**Deputy Clerk**